## The People of the State of Illinois, Defendant in Error, v. John Burgess, Plaintiff in Error.

### Gen. No. 19,263.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. THOMAS F. SCULLY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed and remanded. Opinion filed February 17, 1914.

### Statement of the Case.

Information filed in the Municipal Court by the People of the State of Illinois charging John Burgess with the crime of larceny. The trial was by the court, which found defendant guilty and assessed a fine in the sum of one hundred dollars. To reverse the judgment, defendant prosecutes error.

W. W. O'BRIEN and THOMAS H. MERCER, for plaintiff in error; LOUIS GREENBERG, of counsel.

MACLAY HOYNE, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

INDICTMENT AND INFORMATION, § 34*—*when information charging a crime on an impossible date states no offense.* An information stating an offense was committed on the first day of February, A. D., 191, an impossible date, charges no offense, and objection therefor may be availed of on writ of error prosecuted to reverse a judgment of guilty.